### BIGNON *v.* BIGNON.

CANDLER, Justice. The exception here is to a judgment awarding custody of a minor child to its mother. The father contends that the judgment is contrary to the evidence and an abuse of the discretion vested in the trial judge. *Held:*

Where the trial judge in awarding custody of a minor child as between divorced parents, as was the case here, exercises a sound legal discretion, his judgment in making an award will not be controlled by this court. Code, §§ 30-127, 74-107; *McDowell* v. *Gould*, 166 *Ga.* 670 (144 S. E. 206). While the evidence in the instant case respecting the fitness of the respective father and mother was in conflict, it can not be said as a matter of law that the trial judge abused the discretion vested in him. *Judgment affirmed. All the Justices concur.*

No. 15741. APRIL 17, 1947.

142

*Pierce Brothers,* for plaintiff.   *W. D. Lanier,* for defendant.